OAO91 (Rev. 12/03) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

APR 2 7 2007

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

ROY LACY

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 3 07 70254

EMC

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ____March 1, 2007____ in ____San Francisco____ County, in the ____Northern____ District of ____California____ defendant(s) did,
(Date)

(Track Statutory Language of Offense)

use force, violence, or intimidation; in taking money belonging to a financial institution; and the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC),

in violation of Title ____18____ United States Code, Section(s) ____2113(a)____.

I further state that I am a(n) ____Special Agent, FBI____ and that this complaint is based on the following facts:
Official Title

See attached Affidavit in Support of Criminal Complaint.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

APPROVED AS TO FORM  BS Martin TLB
SAUSA MARTIN

Signature of Complainant

David T. Walden, Special Agent
Printed Name of Complainant

Sworn to before one and signed in my presence,

4/27/07
Date

at San Francisco,      California
   City                 State

Edward M. Chen,     U.S. Magistrate Judge
Name of Judge       Title of Judge

Signature of Judge

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                          )    ss. AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO          )

I, David Walden, being duly sworn, depose and state:

1.   I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and my primary assignment is the investigation of bank robbery matters and other violent crimes. I have been a Special Agent since November 1999.

2.   This affidavit is submitted in support of a criminal complaint against ROY LACY, date of birth August 20, 1981, on grounds that he committed a violation of Title 18, United States Code, Section 2113(a) - Bank Robbery. The elements of this offense are as follows: (1) the defendant used force, violence, or intimidation; (2) in taking money belonging to a financial institution; and (3) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC).

3.   In connection with my official duties, I have participated in the investigations involving the March 1, 2007, robbery of the US Bank, 101 California Street, San Francisco, California (hereinafter, "US Bank #1"); the March 24, 2007, robbery of the US Bank, 101 California Street, San Francisco, California (hereinafter, "US Bank #2"); and the March 24, 2007, robbery of the US Bank, 1850 Irving Street, San Francisco, California (hereinafter, "US Bank #3"). In connection with my official duties, I have obtained the following information through my investigation, other FBI agents, and San Francisco Police Department (SFPD) Inspectors and Officers.

4.   Because this affidavit is submitted for the limited purpose of determining probable cause, it does not include all the facts that I have learned in the course of my investigation.

US BANK #1, MARCH 1, 2007

5.   On or about Thursday, March 1, 2007, at approximately 1:52 p.m., a lone white male adult (hereinafter, "the robber") entered the US Bank #1 and approached the victim teller. The robber placed a demand note written on white paper with red ink on the teller counter for the victim teller to read. The note stated, "Put the money in the bag! No fucking tricks! I have a gun!" The robber also said, "Put the money in the bag! No fucking tricks! I have a gun! All the large!" The robber placed an 8" by 11" purple bag with a drawstring on its top – similar to a laundry bag – on the counter. The victim teller provided money to the robber and the robber departed.

1

6.    An audit conducted following the robbery determined that US Bank #1 suffered a loss of approximately $425. At the time of the robbery, the deposits at the bank were federally insured by the Federal Deposit Insurance Corporation (FDIC) with certificate number 6548.

7.    During the course of the robbery, surveillance video cameras captured the robber on digital recordings. From this video, numerous prints were produced and printed. The images depicted a white male adult with a green colored baseball hat with lettering across the front, and a dark hooded sweatshirt with white lettering across the front and a Great Britain flag on the right shoulder.

US BANK #2, MARCH 24, 2007

8.    On or about Saturday, March 24, 2007, at approximately 10:50 a.m., a lone white male adult (hereinafter, "the robber") entered the US Bank #2 and approached the victim teller. The robber displayed a demand note written on white paper for the victim teller to read. The note stated something to the effect of, "Give me your $100s and $50s or else." The robber also said, "Give me your hundreds and fifties! No dye packs or tracker!" The victim teller provided money to the robber and the robber departed.

9.    An audit conducted following the robbery determined that US Bank #2 suffered a loss of approximately $1,295. At the time of the robbery, the deposits at the bank were federally insured by the Federal Deposit Insurance Corporation (FDIC) with certificate number 6548.

10.    During the course of the robbery, surveillance video cameras captured the robber on digital recordings. From this video, numerous prints were produced and printed. The images depicted a white male adult with a black baseball hat with possible lettering across the front, black jacket, and dark baggy jeans.

US BANK #3, MARCH 24, 2007

11.    On or about Saturday, March 24, 2007, at approximately 11:22 a.m., a lone white male adult (hereinafter, "the robber") entered the US Bank #3, filled out a banking form while at the podium, and then approached the victim teller. The robber mumbled something unintelligible and displayed a demand note written on white paper for the victim teller to read. The note stated something to the effect of, "No dye packs or bait. $50s and $100s." The robber also said, "I'm not kidding!" The victim teller advised she moved slowly and was taking her time. The robber yelled, "Hurry up! All!" The victim teller provided money to the robber and the robber departed.

12.    An audit conducted following the robbery determined that US Bank #3 suffered a loss of approximately $1,500. At the time of the robbery, the deposits at the bank were federally insured by the Federal Deposit Insurance Corporation (FDIC) with certificate number 6548.

13.    During the course of the robbery, surveillance video cameras captured the robber on

digital recordings. From this video, numerous prints were produced and printed. The images depicted a white male adult with a black baseball hat, black jacket, and a lighter colored shirt.

INVESTIGATION

14. On or about March 6, 2007, following the first bank robbery, SFPD Inspector Daniel P. Gardner distributed a Crime Bulletin which included a bank surveillance photograph of the robber, a brief narrative of the crime, and the robber's description. Shortly thereafter, SFPD Officers Muselman (SFPD #1711) and SanGiacomo (SFPD #1735), contacted Inspector Gardner and advised they recognized the suspect in the Crime Bulletin. Officers Muselman and SanGiacomo identified the suspect as ROY LACY, date of birth August 20, 1981.

15. On or about March 12, 2007, Inspector Gardner contacted LACY's Parole Officer, Manny Sanchez, and requested he view the surveillance photograph from US Bank #1. After viewing the surveillance photograph, Sanchez stated it could be LACY. LACY was already in violation of his parole for a failure to report and based on these facts, Sanchez obtained an arrest warrant for LACY.

16. On April 25, 2007, LACY was arrested by the SFPD. At the time of his arrest, LACY was in possession of narcotics and attempted to conceal his true identity to the investigating Officers by providing false identification.

INTERVIEW OF ROY LACY

17. On April 26, 2007, at approximately 3:00 p.m., Inspector Gardner and SA Walden requested an interview of LACY at the San Francisco County Jail #9. LACY was Mirandized, agreed to waive his Miranda rights, and was subsequently interviewed by Inspector Gardner and SA Walden. LACY initially denied committing any bank robberies but then confessed to committing all three robberies described above. LACY spoke in a cogent and intelligent manner. LACY did not appear to be high on drugs at the time of the interview. LACY stated that he was not high on drugs when he committed the robberies.

18. During the interview, LACY was shown photographs derived from the bank surveillance videos from US Bank #1, US Bank #2, and US Bank #3. LACY admitted that he was the white male in the bank surveillance video stills from all three banks. LACY was asked to sign and date the photographs to acknowledge he was the white male robbing the bank. LACY signed and dated the photographs.

19. Based on the above information, I submit there is probable cause to believe that ROY LACY, a white male, date of birth August 20, 1981, did commit offenses against the United States, to wit:

    (a)    LACY did, on March 1, 2007, by force, violence, and intimidation, take from an

employee of the US Bank, 101 California Street, San Francisco, California, approximately $425 in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

(b)   LACY did, on March 24, 2007, by force, violence, and intimidation, take from an employee of the US Bank, 101 California Street, San Francisco, California, approximately $1,295 in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

(c)   LACY did, on March 24, 2007, by force, violence, and intimidation, take from an employee of the US Bank, 1850 Irving Street, San Francisco, California, approximately $1,500 in United States currency, in the care, custody, control, management, and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

20.   I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of April, 2007, at San Francisco, California.

David T. Walden, Special Agent
Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME
THIS 27th DAY OF APRIL, 2007.

The Hon. Edward M. Chen
United States Magistrate Judge

4