1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  BRIGID S. MARTIN (CASBN 231705)
   Special Assistant United States Attorney

5

6  　　　450 Golden Gate Avenue, Box 36055
   　　　San Francisco, CA 94102
   　　　Telephone: (415) 436-7129

7  　　　Facsimile: (415) 436-7234
   　　　Email: brigid.martin2@usdoj.gov

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,              )   No. 3-07-70254 EMC
                                          )
14     Plaintiff,                         )   STIPULATION AND [PROPOSED]
                                          )   ORDER EXCLUDING TIME UNDER THE
15     v.                                 )   SPEEDY TRIAL ACT
                                          )
16 ROY LACY,                              )
                                          )
17     Defendant.                         )
                                          )

18

19 　　　　The United States and defendant Roy Lacy stipulate to an exclusion of time under the

20 Speedy Trial Act from May 4, 2007 to May 15, 2007, as follows:

21 　　　　1.    On May 4, 2007, the parties appeared before the Magistrate Judge for a Detention

22 Hearing and to set the date for a Preliminary Hearing.

23 　　　　2.    At this appearance, at the request of defendant Roy Lacy, the Court reset the

24 Detention Hearing for May 15, 2007, and the parties agreed that on May 15, 2007, they would set

25 a date for the Preliminary Hearing.

26 　　　　3.    Also at this appearance, the defendant Roy Lacy requested, the government

27 agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C.

28 § 3161(b), from May 4, 2007 to May 15, 2007. The grounds for exclusion cited were

SPEEDY TRIAL ACT STIP.
3-07-70254 EMC

1  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  Failure to grant the requested exclusion of time would
2  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
3  into account the exercise of due diligence.  Furthermore, the parties agree that the ends of justice
4  served by excluding the period from May 4, 2007 to May 15, 2007, outweigh the best interest of
5  the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6      4.    A proposed Order is submitted with this stipulation.

9  DATED: May 7, 2007        Respectfully submitted,

10         SCOTT N. SCHOOLS
        United States Attorney

12         /s/ Brigid S. Martin
        BRIGID S. MARTIN
13         Special Assistant United States Attorney

14 /s/ Steve Koeninger
STEVE KOENINGER
15 Assistant Federal Public Defender
Counsel for Roy Lacy
16 Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
3-07-70254 EMC        2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-07-70254 EMC |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ROY LACY, | |
| Defendant. | |

Based upon the Stipulation of defendant Roy Lacy and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(b), is excluded from May 4, 2007 to May 15, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____        _____
ELIZABETH D. LAPORTE
United States Magistrate Judge