SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  415-436-7129
    Facsimile:  415-436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> ROY LACY, <br>     Defendant. | No. 3-07-70254 EMC <br><br> **SUBSTITUTION OF COUNSEL** |

      PLEASE TAKE NOTICE that Brigid S. Martin, Special Assistant United States Attorney, hereby replaces Tracie L. Brown as counsel for the United States in this matter.

DATED:    May 9, 2007                      Respectfully Submitted,

                                                              SCOTT N. SCHOOLS
                                                              United States Attorney

                                                              /s/ Brigid S. Martin
                                                              BRIGID S. MARTIN
                                                              Special Assistant United States Attorney