AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

18 U.S.C. § 2113(a) (unarmed bank robbery)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Supervised Release of Five Years;
Mandatory Special Assessment of $100.

E-filing

DEFENDANT - U.S.

▶ ROY LACY

DISTRICT COURT NUMBER

CR 07 0317

FILED
MAY 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons
     was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges           ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes   ☐ No      If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year  4/25/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BRIGID S. MARTIN, SAUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

MAY 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 07    0317

| UNITED STATES OF AMERICA, | ) CR No. |
| --- | --- |
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 2113(a) – |
|  | ) Unarmed Bank Robbery |
| v. | ) |
|  | ) |
| ROY LACY, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

   On or about March 1, 2007, in the Northern District of California, the defendant,

ROY LACY,

did knowingly, and by force and violence, or by intimidation, take from the persons or presence of employees of the US Bank, 101 California Street, Suite 130, San Francisco, California, approximately $425 in United States currency belonging to and in the care, custody, control, management and possession of said Bank, the deposits of which were then insured by the Federal

//

INFORMATION

1 | Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2

3

4 | DATED: *May 18, 2007*    SCOTT N. SCHOOLS
5 |    United States Attorney
6
   *[signature]*
   IOANA PETROU
7 | Chief, Major Crimes Section

8

9 | (Approved as to form: *BS Martin* )
   AUSA Brigid Martin
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                          2