AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

_Roy Lacy_

**WAIVER OF INDICTMENT**

CASE NUMBER: _CR07-0317 WHA_

I, _Roy Lacy_, the above named defendant, who is accused of

_18 USC Section 2113(a)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 25, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge