UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

**Judge:** WILLIAM ALSUP

**Date**: June 12, 2007

**Case No:** CR 07-00317 WHA

**Case Title**: UNITED STATES v. ROY LACY (present, I/C)

**Appearances:**

   For the Government: Brigid Martin

   For Defendant(s): Steven Koeninger

**Interpreter:**                                    **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: Sylvia Russo

## *PROCEEDINGS*

1. Change of Plea - held

## *SUMMARY*

- Plea agreement filed in Court.
- The Court voir dires the defendant and accepts the guilty plea.
- This matter is continued to **Tuesday, 08/28/07 @ 2:00 PM for Sentencing**.