1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LACY
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 07-0317 WHA
12              Plaintiff,              )
                                        )
13 vs.                                  )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER TO CONTINUE HEARING**
14 ROY LACY,                            )
                                        )
15              Defendant.              )
                                        )
16 _____)

17                              **STIPULATION**

18      The parties agree to continue the sentencing hearing in the above-captioned matter from August

19 28, 2007 until October 30, 2007.  The purpose of the continuance is as follows: Mr. Lacy has new

20 counsel within the Federal Public Defender's Office. Counsel needs to complete the PSR interview

21 and sentencing preparations. Defense counsel will be unable to work on the matter until August 15 as

22 he will be on annual leave.

23      All counsel and the probation officer are available on the requested date for the continuance.

24 //

25 //

26
   STIPULATION TO
   CONTINUE HEARING
   CR 07-0317 WHA

1       It is so stipulated.

DATED:     August 6, 2007                    /s/
                                             _____
                                             RONALD C. TYLER
                                             Assistant Federal Public Defender


DATED:     August 10, 2007                   /s/
                                             _____
                                             BRIGID MARTIN
                                             Assistant United States Attorney

STIPULATION TO
CONTINUE HEARING
CR 07-0317 WHA                  - 2 -

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for August 28, 2007, shall be continued to October 30, 2007.

**IT IS SO ORDERED**.

DATED:

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE