| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant LACY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 07-0317 WHA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE HEARING** |
| ROY LACY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties agree to continue the sentencing hearing in the above-captioned matter from August 28, 2007 until October 30, 2007. The purpose of the continuance is as follows: Mr. Lacy has new counsel within the Federal Public Defender's Office. Counsel needs to complete the PSR interview and sentencing preparations. Defense counsel will be unable to work on the matter until August 15 as he will be on annual leave.

All counsel and the probation officer are available on the requested date for the continuance.

//

//

STIPULATION TO
CONTINUE HEARING
CR 07-0317 WHA

1    It is so stipulated.

2    DATED:    August 6, 2007        ___/s/_____
3                                     RONALD C. TYLER
                                      Assistant Federal Public Defender
4

5    DATED:    August 10, 2007       ___/s/_____
6                                     BRIGID MARTIN
                                      Assistant United States Attorney
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO
CONTINUE HEARING
CR 07-0317 WHA                           - 2 -

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for August 28, 2007, shall be continued to October 30, 2007.

**IT IS SO ORDERED**.

DATED: August 13, 2007

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE