1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LACY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0317 WHA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO ADVANCE HEARING** |
| ROY LACY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties agree to advance the sentencing hearing in the above-captioned matter from October 30, 2007 to October 2, 2007.  Although sentencing had previously been delayed until October 30, all work related to the pre-sentence report has been completed. The defendant expressly desires to appear for sentencing as soon as possible.

//

//

//

//

STIPULATION [ ORDER ] TO
ADVANCE HEARING
CR 07-0317 WHA

1     All counsel and the probation officer are available on the requested date.

2     It is so stipulated.

3

4 DATED: August 29, 2007          _____/S/_____
                                                RONALD C. TYLER
5                                                 Assistant Federal Public Defender

6

7 DATED: August 29, 2007          _____/S/_____
                                                BRIGID MARTIN
8                                                 Assistant United States Attorney

1 **[PROPOSED] ORDER**

2     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

3 aforementioned matter currently set for October 30, 2007, shall be advanced to October 2, 2007.

4 **IT IS SO ORDERED**.

6 DATED:

                                                   _____
                                                   WILLIAM H. ALSUP
                                                   UNITED STATES DISTRICT COURT JUDGE