1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LACY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0317 WHA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO ADVANCE HEARING** |
| ROY LACY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties agree to advance the sentencing hearing in the above-captioned matter from October 30, 2007 to October 2, 2007. Although sentencing had previously been delayed until October 30, all work related to the pre-sentence report has been completed. The defendant expressly desires to appear for sentencing as soon as possible.

//
//
//
//

STIPULATION [ ORDER ] TO
ADVANCE HEARING
CR 07-0317 WHA

1     All counsel and the probation officer are available on the requested date.

2     It is so stipulated.

3

4 DATED: August 29, 2007            _____/S/_____
                                                       RONALD C. TYLER
                                                       Assistant Federal Public Defender

5

6

7 DATED: August 29, 2007            _____/S/_____
                                                       BRIGID MARTIN
                                                       Assistant United States Attorney

1   **[PROPOSED] ORDER**

2   GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the
3   aforementioned matter currently set for October 30, 2007, shall be advanced to October 2, 2007.
4   **IT IS SO ORDERED**.

6   DATED:  August 31, 2007

7   _____
    WILLIAM H. ALSUP
    UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED, signed, Judge William Alsup, United States District Court, Northern District of California]*

STIPULATION [ ORDER ] TO
ADVANCE HEARING
CR 07-0317 WHA                              - 3 -