## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**FILED**

JUDGE WILLIAM ALSUP

**OCT 3  2007**

Date: October 2, 2007

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:  CR 07-0317 WHA

Title:  UNITED STATES -v- ROY LACY (custody)

Appearances:
    For the Government:  Brigid Martin

    For the Defendant(s):  Ron Tyler

Interpreter: n/a                          Probation Officer: Jessica Goldsberry

Deputy Clerk: Dawn Toland                 Court Reporter:  Deb Pas

### PROCEEDINGS

1)  Sentencing - HELD _____

2) _____


Case continued to __ for Motion/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial


**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 72 months and placed on supervised release for 3 years.  Defendant shall pay a special assessment in the amount of $100 and restitution in the amount of $3,220, immediately or thru BOP Inmate Financial Responsibility Program.  Court recommends defendant participate in the BOP 500 Hour Program and be designated to a facility located in Oregon.  See J&C for other special conditions.